Judge Reinhardt and may it please the court. My name is Luke Spoda counsel for petitioner Eric Hernandez And if I may I'd like to reserve two minutes of my time to speak a little louder. Sure Thank you. I heard your name, but if I could reserve two minutes of my time for rebuttal, I would appreciate yes, please Try to keep track of your time. I will thank you, sir The government has not met its burden of establishing that. Mr Hernandez is removable from the United States where he has resided isn't nearly his entire life Yet the Board of Immigration Appeals has yet to consider the merits of the case Because mr. Hernandez's appeal is of right Arrived one day late in Falls Church due to a delay at the Northwest Detention Center that has been holding mr Hernandez for nearly three years in this unique circumstance This court should remand to the board for further consideration for two independent and alternative reasons First it is Undenied that the board has discretion in unique circumstances to accept an untimely appeal there is Uncertainty right now because the Uruguayan Briones case upon which the government relied has been withdrawn as to But the but the board still has its leadoff opinion intact Correct. That is correct. And so that's And as I read their earlier decisions They've never considered that issue and never cited that their own precedent in that regard In terms of recognizing unique circumstance, right? Well liadoff confirms that the board does have discretion through its certification power, right? But in this case, they didn't go through that analysis. It seems that's right Hernandez is simply requesting a remand so that the board can't exercise that discretion in the first instance Similar to what was done in the Alcarez case where in a procedurally identical posture this court rejected a government's argument of prudential exhaustion and Sent a case back to the board so it could exercise its discretion in the first instance and I would suggest that this is a particularly important case to do so because all of Certainly, this isn't the first time that this situation has occurred Do we know is there any? You come across any cases or any matters where the board has acted similarly certified cases in this kind of situation I Have not identified a case where they've actually exercised the discretion which they've recognized they have and accepted a case And I would suggest that that is Is significant and raises potential due process implications for the reasons that This court identified in Gonzales Julio back in 1994, but if we were to remand in it for exercise of discretion Presumably the board could Exercise that discretion favorably and hear the case on the merits and that would obviate the need to deal with the constitutional claim Absolutely, your honor, I'm not suggesting that there's any due process issue before this panel right now But what I am suggesting is that there's a client isn't there? Well, because the board has an opportunity to exercise its discretion and once it does so I think the appropriate course would be to review How it applied that discretion in the case and there might well be and as applied challenge particularly for mr Hernandez who is pro se and detained and who acted reasonably in finishing but on his own the necessary paperwork and Depositing it with the detention center six days in advance of the due date and as you wrote for the court judge Reinhardt and fail as And as the Supreme Court recognized in Houston versus lack there are special policy considerations And I would suggest due process considerations where you're talking about someone who is detained and pro se and has no choice In the method that he or she uses to serve and has no control over the detention center Which is the intermediary to the board? and if the alien has done all that he or she can do to act reasonably and Has no control as to whether the appeal is in fact received by the board I would suggest that that could raise in certain circumstances due process implications But I think that would be appropriate for review of whatever the board decides to do on Remand where this court to grant it and as this court did in oh and in other cases I think it would be appropriate to retain jurisdiction So that there is some type of review at the end of the day for both the abrasive discretion Standard that would necessarily apply and and for the due process reason we haven't heard from the government, but if they persuaded us That it was not appropriate for whatever reason to remand for them to consider Whether they certified to themselves or told us that they had considered it Then would we reach your question of due process as applied? What Well, I think that in light of INS versus Ventura the appropriate course is to give the board The opportunity to exercise the discretion which it hasn't done yet if there's no ability I suppose they tell us they did do it. It's just They thought about it. I don't know what they do when they decide to certify to themselves Do they go talk to themselves or what do they do? Is there some kind of record of how that process operates? There isn't and I would suggest that this court couldn't affirm for the reasons given to saw in other cases where the board must provide It's reasoning so that this court would have something every time it decides not to certify to itself. It has to give a reason that The reason the explanation and in the particular case by the way in addition to making our decision We've considered whether to certify to ourselves and we've decided we're not going to do that That's the requirement in all these cases Well, I think your honor's question goes to this notion of prudential exhaustion, which is Which is one of the primary arguments that the government make is making Against a remand in this case and I would point out the several things. Well, that's what I was asking you I mean, I know you don't agree with it, but if the government persuaded us that we shouldn't remand for that reason Well, I think it would be unjust and inequitable not to remand in this case this court You know, I didn't ask you whether you agreed with either the government I said if Concentrate on the word if if they did if we were persuaded by the government That we should not remand for prudential exhaustion Whatever you would like to call it to have to tell the government go sit in the corner To have two of you get there the certifying that the non certifying talk to each other Tell us you really didn't want to hear this case If they persuaded us rightly or wrongly Then what? Well, then I would say that what you have before you is a board decision saying that it has no jurisdiction And that is the reason why it is ordering. Mr. Hernandez removed and given the fact that there are unique circumstances here and that there are due process implications to denying him His right of appeal which is protected by the due process clause Then yes, there would be at that juncture a right due process challenge But what I would suggest is the board should be given the opportunity in the first instance to exercise that discretion the the second reason for remanding and I see that my time is up, but I just wanted to note the other issue which is After the board dismissed his appeal as a right for lack of jurisdiction. Mr Hernandez moved to reopen and reconsider and under glissant and novice and Particularly given that this was a pro se pleading That motion should have been construed as one to reconsider and it was denied for failure to meet the elements of a motion to reopen Which is non-responsive. So again under the settled principle that this court can only affirm for the reason given by the board I would suggest that there's a remand to meet to reconsider that issue as well. Let me ask you He's in custody, correct? Yes. He is there any procedure for him to get released on bail or bond or anything? Your honor, I understand that he's pursuing habeas relief. I do not represent him in that I was appointed specially for this But so I don't know the answer for that your honor But you do know that he's in custody today. Yes, he is Thank you We'll give you your full two minutes Good morning, may I please the court Alex going on behalf of government The honors this case does involve the petitioners two challenges to two separate board decisions in the first instance petitioner filed an untimely notice of appeal of the immigration judge's decision I Start with the second one because if the second Proceeding if the motion is viewed as also a motion to reconsider Then the board didn't complete its work. Is that if if it were so characterized I would respectfully disagree with that characterization your honor Because a motion reconsider has to be filed within 30 days of the decision which it was challenging This was clearly a his motion reopened was clearly not filed within 30 days as counsel conceded in his brief his reply brief I would note that the embankment an embankment panel this court had decided the exact issue in membrano where if any lien Had a decision before the immigration judge subsequently Filed a motion to reopen raising a new legal argument in that case they were arguing they weren't removable based on the petty offense exception to the crime involving moral turpitude and The court said in their mode. It was a timely motion to reopen, but it wasn't as a motion reconsider It wasn't wouldn't been timely and the court held that the board was under no obligation to consider a timely motion to reopen As an untimely motion to reconsider. Well, let me let me ask you about the main the main appeal As I read the board's decision it did not consider the Leodoff decision and its own case and whether extraordinary circumstances existed That would have permitted The board to certify to itself this matter on the merits Is it do you read the board's decision the same way or do you think that it contains that analysis? I Would I would I would have submit although they don't explicitly say certification They told the respond the petitioner in this case How to if he was wanting to challenge the untimely decision and I would point out that unlike this court's decision in Oh Where the alien actually filed a motion to reconsider? Challenging and explaining why they're why I'm not asking about what he did I'm asking about what the board did when it rejected the first Appeal as untimely I did not read anything in there that explained why this was not an extraordinary circumstance No, they did. There's nothing contained. Okay, so Why shouldn't we remand for the board to consider that in the first instance, I mean The person in Mr. Hernandez's position has no other options that can't run down to the FedEx store So, why isn't that an extraordinary circumstance where there's no other option, but what he did well your honor I would point out he could have given it to the authority to the prison official sooner he did not and in fact, there's in this case again, uh, I Answer but that's a fact. I mean that's really I guess what the board needs to look at but again your honor I think the board told him how he could get he could seek that review and he chose not to do it because he didn't Include any affidavits all there is in the in the record is the envelope that mailed his his appeal and that the date He signed it. He didn't say went on he did this six days But he gave it to him six days before right five days before it was a fun February 8th, which was a Friday We don't know if it was after business hours before business hours That's that's why when the board told him in that initial decision If you think there's a problem with the untimely finding here file a motion to reconsider explaining that they explicitly told him that and unlike In oh, we're now is he we don't we said oh, we don't know anything other than that He just gave it to them on that day. Is that all we know that that's we know that that's the day He dated it. We don't even know that's the day. He gave it to him your honor people often date things before they mail them In fact, that's where again Talking about what the ants outcome should be this game is really I think about the procedure What what is the role of a motion to reconsider is that a That's not a requirement For a petitioner to exhaust the square sold. It is not that's correct. Yeah, so He did have an opportunity to ask you to Reconsider absolutely. They told him that in effect. I think this is pretty telling that in his motion to reopen He noted which was the other alternative the board gave him the said you could file a motion reconsider If you have a problem with the untimely finding or anything else file motion to reopen with the immigration judge He chose the second option in there. He said it didn't say specifically with the untimely filing Instead if you have well, I'm asking is it it say if you don't agree with the untimely filing You should we might file a motion to reconsider. Yes, that's that's exactly what they told him and they told they even cited the requisite Cases and regulatory sections, but in his motion to reopen which he filed which was the second option that board gave him He said my appeal was untimely and that was it. He didn't provide any explanation or anything instead. He raised an entirely new argument, you know Well, it is untimely unless you Consult with yourself and decide it isn't under the regulation. It's untimely That is correct because this as The board is held Filing equals receipt the board does not follow a mailbox rule and I would just point out that this court is held in Nigro versus Sullivan a 1994 decision that if an agency has an administrative defines the word filing the Supreme Court's decision in Houston does not apply because the in that case the agency, but you agree that the agency has the Untimely filing is the result of extraordinary circumstances. That's what the board's held in Lee it off your honor. Okay, and but they have not yet considered Explicitly for us to review one way or another Yes, whether whether this whatever that standard means it should apply in this instance Yes, your honor although I would note again petition never asked for that and Two other courts of appeals the 8th and 10th circuit have held that the decision to certify a case to itself is unreviewable I'm not there yet, though I I understand that your honor and I and I would I would equate this to the court's decision and I'm gonna probably mangle this the pronunciation of this name two feet versus McKay Z Which was 539 bet their 988 which was cited in the government's brief In that case the alien argued that the board ignored his sue sponte request for reopening and the court Said there was no no problem with that the court affirmed the decision I would think that that is a very like situation to what we have here someone who is saying well Perhaps they should in the exercise of their discretion look at whether to consider my appeal on timely to see whether I Raise these extraordinary circumstances. It would be the same thing as the sue sponte motion to reopen where he says the board I don't know what the board considers to be extraordinary circumstances and beat their Their standard for certification, but I would like to think it would strike me Reading this case and everything that happened here. That's in the record. I would like to think that this is a fairly meritorious Claim that they might look favorably on Well your honor as the board itself we have to see what you know We are you know, it doesn't it strikes me that this is something that they ought to consider whether to consider it in the first instance I your honor I can only say that again He didn't ask and he didn't file any of the procedures they suggested for him Are there any cases that you know of or any times that the board has considered certifying to itself the question of untimeliness based on Person being in the detention camp and handing it in in a timely manner and not arriving Your honor I haven't I'd be happy to run a search and Another question what happens when the board does talk to itself About whether to certify does it write a decision explaining why it does or doesn't certify I've seen unpublished cases I couldn't say them off the top of my head where they've said we are gonna in order to avoid a result we will just certify a case to ourselves and Usually there that's pretty much the extent of what I've seen in the cases where they've chosen to favorably exercise it and again the board It's never seen one where they choose not to exercise it Well, certainly your honor in if I may say in Lidov when it went back on remand from the 8th circuit They chose not to exercise it and again went back up to the 8th circuit and the 8th circuit said we don't have jurisdiction to Review this also in the 10th circuit. They don't have jurisdiction to review the decision not to certify correct Yeah, and they what did they say about the underlying claim before it was sent back for the board to talk to itself Well, the I'm sorry, did the what did the 8th circuit say or what yeah What did they say about the underlying crime? They they asked them to consider it and on on remand the 8th circuit looked at it and said postal delays Don't this don't meet the Art sufficient to this was not someone in a detention camp In In Lidov, I don't believe it was and he was represented by the mail it was Delivery, it was a delivery problem in that case. And but again as the board noted in Lidov were The postal delays happen often. In fact, the board's practice. This isn't a postal delay. This is a person who's detained He can't go down to the post office Or to the FedEx store or the UPS store. I don't want to DHL I don't want I don't want to you know Deal with a brand name, but he can't do that. He has no other options Your honor again, he put he dated it five days before it was yes And he might have done it earlier than that. Sometimes people post it. Maybe that's the day He thought that it would get received by The BIA what we don't know But that he is not in the same position as someone who mails something with the US Postal Service What's your process for certifying it to you or determining whether to certify it to yourself Do you take evidence on that question? No, normally the board looks at and in fact, this is where the motion I think that's why the board Instructed him to file a motion to reconsider because then the board could consider instead of us speculating about did he post dated? Did he predate it what happened? What is that for the affidavit? He could have said for let me ask you another procedural question Would the board be willing to consider? Further affidavits From the petitioner to answer some of these questions so that it could intelligently exercise its discretion Again your honor if he files anything now, it would be on timely You know, he could have filed it when he could say your answer is no They don't actually want to know what the facts are My answer is the statute the regulations require the following new evidence within 90 days He chose not to do that Even in his motion to reopen he he could have presented new evidence and as his counsel conceded in the brief They filed no new evidence They he had the opportunity to submit all this evidence. He just chose not to do so But at a minimum it's unquestioned that he's a detained person and that he was acting pro se Well, even the acting pro se part again is speculative your honor If you look at the record of proceedings including his motion and a number of other things Contain letterhead of some community organization, which I'm not familiar with No attorney entered a notice of appearance on his behalf, but whether he was acting pro se or not Given the legal citations in his motion to reopen. I highly doubt that So you're saying at this point Remanding and asking the board to consider considering it They would do it on the basis of the record that there's that's already been made I suppose if that's the direction of court. No, no, I'm not If I said if we don't direct you to take evidence You won't take evidence. I'm not I'm not saying what the board would do in that particular circumstance I I thought a minute ago. You said that they were under regulations require Motion reopening new evidence be presented at certain times Again, he could always seek from a joint motion to reopen with a government which would waive any time and numerical deadline Are you willing to do that? Respectfully your honor that would have yet be a request. He had his counsel would have to present to counsel for DHS I suppose one Approach to the problem not necessarily a good one Would be for us to send this case to mediation at which point it's possible for you to get the answers to these questions discuss them and See whether you could arrive at a reasonable process Or maybe even drop the proceeding entirely. Whatever the government decided to do I understand that here you can't tell us what things you're willing to do, but when we do that a mediation then The government frequently appears after having considered these things and Occasionally even deviates in the direction of reason from Some of these strict policies Your honor. I I suppose that that's one possibility Although I had note in this case for someone who encouraged a four-year-old to participate in a sex act that may not be the most likely Outcome I don't find that in the record either The indictment the criminal information amending the indictment. That was what he pled guilty to specifically and Was he I didn't see that in the record. That would be page 170 of the administrative record. Yeah Yeah, it was a four-year-old four-year-old your honor Specifically What you know it strikes me that It might be more satisfying for the government as well as the petitioner To have the board look at the merits of it because then he feels that he's had the process that is due to him Even if he loses the fact that the board would consider him on the merits doesn't necessarily mean the petitioner would win Those are not identical. I Were inclined to remand as I suppose Oh, I would respectfully request that it be for the for the board to consider whether to exercise its use its certification authority There was there was another document in the criminal proceeding there. I only have something called the criminal information amending indictment. Yes, your honor That's that's what he pled guilty to You say here it says that the victim was a four-year-old It says under the age of 13 under the age But it has a specific date of birth in 1998 and at the time and it says the time of oh I see date of birth 329 98 says the birth 329 98 and the act occurred between May 2002 and August 2002 that's what he pled guilty to and was adjudicated guilty of If the court has no further questions for me, I see I've gone over my time. Thank you honest I Want to ask you about futility if if in fact this This petitioner cannot ever get relief How If at all should that affect our decision-making process here Well, if he can't get relief on the merits because of this crime Well, I would suggest that he can get relief on the merits for the reasons given in the opening brief and the government hasn't tried to argue against that in its papers and specifically with respect To the age. I think what what under this court's precedence and boss Martinez made clear that This court has never held that the absence of touching and and the absence of proof of psychological harm Those two elements would be necessary together in order to find Child abuse, but I would suggest that is a very ripe issue for the board to determine in the first instance And to get back to the question, which is what? Mr. Hernandez is seeking. He's seeking process He's seeking to have his appeal as of right heard on the merits I would suggest for the reasons given in the opening brief. He would win under this court's precedence on that issue On the question going back to reverse order of the motion to reconsider Mr. Goring pointed out that a motion reconsider would be untimely. That's true But the board has discretion to accept the motion to reconsider in all events and is this court held in Saga deck and Mendez? The board should be given the opportunity to exercise that discretion in the first instance Mr. Goring also pointed out that Mr. Hernandez was somehow on notice to come back to the board to seek equitable discretion because the Ordered in dismissing his case on time Which is in record 96 said if you're challenging the finding of untimeliness return to the board Well, he wasn't challenging the finding of untimeliness He concedes that it arrived on the 14th and not the 13th and that order says nothing about certification power or the ability of the board to accept Appeals in unique circumstances, so he had no notice that it was necessary to return to the board and It was not a appeal as of right that he was required to exhaust for statutory jurisdiction For this court to have statutory jurisdiction and then finally In terms of the record on page record 101. Mr. Hernandez says he mailed and delivered the notice of appeal on February 8th, so there is record evidence establishing that he didn't just deposit it He gave it to them ready for mail. And if this court has no further questions, thank you very much Thank you counsel. Thank you both case. Just argued will be submitted
judges: Reinhardt, Graber, Paez